IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LESLIE CASTLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-0339 |
| | § | |
| TRICO MARINE SERVICES, INC., *et al.* | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants Trico Marine Services, Inc., Trico Marine Assets, Inc., and Trico Marine Operators (together, "the Trico Defendants") filed a motion for summary judgment against the plaintiff Leslie Castle. (Docket Entry No. 33). The plaintiff, Leslie Castle, does not oppose the motion. (Docket Entry No. 34). The Trico Defendants' motion for summary judgment is granted. Castle's claims against the Trico Defendants are dismissed with prejudice.

SIGNED on January 14, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge